No. 584. CADY v. GEORGIA. November 20, 1944. Per Curiam: The appeal is dismissed for want of jurisdiction. § 237 (a), Judicial Code, as amended, 28 U. S. C., § 344 (a);

United States Supreme Court Rule 9; *Flournoy* v. *Wiener*, 321 U. S. 253, 259, and cases cited; *Seaboard Air Line R. Co.* v. *Watson*, 287 U. S. 86, 91. Treating the papers whereon the appeal was allowed as a petition for writ of certiorari as required by § 237 (c) of the Judicial Code, as amended, 28 U. S. C., § 344 (c), certiorari is denied. *Mr. Harry M. Wilson* for appellant. *Messrs. T. Grady Head,* Attorney General of Georgia, and *Victor Davidson,* Assistant Attorney General, for appellee.